# Exhibit A



| | |
|---|---|
| Document title: | Allyson Schwab on X: "Ok real talk. I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be..." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741125448418152901 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:11:51 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:12:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | jkVQnC38kazyzDwntKLKFv |
| User: | smb-ndombrowski |

PDF REFERENCE #: dfKxwiDMykCnpi5JS2dQTU

X

Settings

← Post

**Allyson Schwab**
@allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.

Parents- do yourself a favor. Look at the places your kids pop up on- sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?

This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?

Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.

3:53 PM · Dec 30, 2023 · **377.8K** Views

**39** Reposts **14** Quotes **349** Likes **14** Bookmarks

14

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab**
@allysonschwab
Follow

A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Don't miss what's happening

Log in Sign up

Document title: Allyson Schwab on X: "Ok real talk. I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are…
Capture URL: https://twitter.com/allysonschwab/status/1741[illegible]1529[illegible]
Capture timestamp (UTC): Thu, 04 Jan 2024 20:12:10 GMT

Post
Allyson Schwab
Ok real talk.
I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.
Parents- do yourself a favor. Look at the places your kids pop up on-sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?
This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?
Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.
363.1K
Post your reply
Reply
Alyssa Emili
Wow I just searched @YouTube and found my 11 y.o. daughter wrestling is the subject of 16 videos of 1 person. Suggestive, w innuendo. I reported it. But as a well intentioned person, I didn't consider this. Thank you 🙏
Allyson Schwab
Oh mama. Makes me sick.
have some nuts
There is an online forum community that shares pictures of college wrestlers for nsfw reasons. Someone from that community messaged me attempting to solicit pictures for money. I've seen my teammates and friends posted on there as well
Allyson Schwab
So much wrong with this world.
JamieDonWeeks
You're also a pot stirrer.
Allyson Schwab
If this is pot stirring then sure bc it's gonna protect a lot kids. Not sure how you can be mad about that, but ok.
Aaron Morekin
This isn't talked about enough. I go through all of my images and cull them this way. Even if it is otherwise a nice photo. I wouldn't want have wanted something like that of me when I wrestled. Don't want to do it to these athletes
Shea Foster
I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.
Ben Gonzalez
Why I'm a big proponent of moving to shorts
Well stated, Allyson

Post

**Shea Foster**
I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.

**Ben Gonzalez**
Why I'm a big proponent of moving to shorts

**PackClassic**
Well stated, Allyson

**MDLClass**
Etc., etcetera. IA education 😊

**Jeff Holmes**
This is exactly why some of the wrestling sites bother me. Nobody under high school age should be out there this much. It's scary on too many levels.

**KJ**
Thank you. Good advice. Sadly it's not just wrestling.

**Akir The Fallen**
To add on, this was something my friend who played volleyball said to me in highschool once, "half the time we have to ref our own games. The refs always show up early to watch us warm up and usually don't know what they're doing. Why can't we get real shorts."

**Todd Wolverton**
Thank you for bringing this up and sharing. I've was definitely not aware of this.

**GoWithTheFlo**
You see it all the time in the comments or likes on regular posts. Most of the time its some pedo hiding in plane site on social media from across the world who only follows youth gymnastics and wrestling for the crotch shots. Been going on for a while

**Randal Meyer**
Please take the time and don't miss wrestlers/wrestling through your own eyes that you would miss through the lenses of your videos and photos.

**#BLM_#Vote!**
It's so scary because normal people would never even think of this. I guess it's how they get away with it in broad daylight.

**rynedwalt**
There is constantly "suggested for you" fb pages on my feed with this. Very creepy. I dont even view the comments or expand the pics anymore bc theyre def viewed a different way and the comments are horrible.

**Eric Rauch**
There is a lot wrong with the world! Pictures online, kids transferring to private schools, taxpayer money going to said schools. Take your pick.

**Tam Murcock**
How about just don't take pictures of other people's kids at all 🤷

That seems like a better option than letting people take pictures and police themselves as "oh but I'm one of the good ones, not like those other people".

More replies

**Joe B**
Searched my name once and found a cropped picture from the NCAAs ... some ... laughed at ... thought about it again until now. Kid pictures are crossing a line. These freakin degenerates

Post
Allyson Schwab
Ok real talk.
I am a parent. I am also a content creator. I shoot video, photos ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be...
Barford1978
My good friend pointed this out to me yesterday. I'm grateful he did. Midwest Wrestling you tube has my sons video(of course in a white singlet) and 21k views? Gtfo, no way these are recruiters or the competition scoping these. I flagged it let's see if YouTube GAF
Thanks for your report to YouTube
Inbox
YouTube 5:41 PM
to me
YouTube
Hello Matt,
Thank you for your video report on January 3, 2024. We'll take a careful look at this content.
What happens next
After our review, we may:
• Remove the content, if it violates our Community Guidelines
• Place restrictions on it, if it's not suitable for some audiences
• Keep the content up, if it doesn't violate our Community Guidelines
99+
Post your reply
Reply
More replies
ChiliNaNa
So your son is on a channel that has 321,000 subscribers. And you think it received 21k views because he is in a white singlet? When his other video (same singlet) only got 12k views. And your "friend" brought this to your attention now?

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Friendly reminder to check if your kids are on a certain YouTube channel. No reason a 46kg youth girls match should have 2.6 million views." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741579008897151316 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:41:24 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:41:58 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | e8Xiebw5hV6qxcrVdb8upg |
| User: | smb-ndombrowski |

PDF REFERENCE #:   fqhW8V57T9MPK2FDUhnP4z


Don't miss what's happening

Log in Sign up

Document title: Allyson Schwab on X: "Friendly reminder to check if your kids are on a certain YouTube channel. No reason a 46kg youth girls match should have...
Capture URL: https://twitter.com/allysonschwab/status/1741579908897151316
Capture timestamp (UTC): Thu, 04 Jan 2024 20:41:58 GMT



| | |
|---|---|
| Document title: | Allyson Schwab on X: "Here is what I feel bad for..... The kids that think it's normal to have 400k views on their video from a local youth or hs tournament or that this is how they are getting recruited." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1742623674593607855 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:40:14 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:40:37 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | iDkqAq3myKyWgD4Gc6HQZX |
| User: | smb-ndombrowski |

PDF REFERENCE #: 8G7oqvy9Y1FyipoQ83TB6N

X

Settings

Post

Allyson Schwab
@allysonschwab

Here is what I feel bad for.....

The kids that think it's normal to have 400k views on their video from a local youth or hs tournament or that this is how they are getting recruited.

7:07 PM · Jan 3, 2024 · 27.2K Views

4 Reposts 1 Quote 99 Likes 1 Bookmark

1

New to X?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

Allyson Schwab
@allysonschwab
Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

Don't miss what's happening
People on X are the first to know.
Log in Sign up

Document title: Allyson Schwab on X: "Here is what I feel bad for….. The kids that think it's normal to have 400k views on their video from a local youth or hs…
Capture URL: https://twitter.com/allysonschwab/status/1742523674593607855
Capture timestamp (UTC): Thu, 04 Jan 2024 20:40:37 GMT

| | |
|---|---|
| Document title: | Allyson Schwab on X: "@Verlandinator Is this a serious take?" / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741839071587020829 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:44:46 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:44:59 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | aCSApejDJVqB42aMudoyY7 |
| User: | smb-ndombrowski |

PDF REFERENCE #:   wc7wDPBeXYpRDaXn19Bxyg



Document title: Allyson Schwab on X: "@Verlandinator Is this a serious take?" / X
Capture URL: https://twitter.com/allysonschwab/status/1741833907158702080
Capture timestamp (UTC): Thu, 04 Jan 2024 20:44:59 GMT



More replies
Verlandinator @Verlandinator · Jan 1
Are we sure Flo didn't spread this rumor because his videos get more views. I saw Pyles of Flo talking about this earlier. I haven't seen anything suspicious in his videos or from the tweet detectives except for the large viewership numbers
1
1
275
Allyson Schwab @allysonschwab · Jan 1
Is this a serious take?
2
2
258
Ryan Campney @campney_ryan · Jan 1
The dude is obviously followed by creeps. Is it 100% that he's a creep? It looks likely but is it possible that creeps just found his videos and it was nothing nefarious on his part?
1
67
ChillNaNa @goldenimage84 · 58m
Exactly!! If he's for sure not a creep. I would be on a screen shot fury and contacting my attorney. This is definitely defamation and grounds for a libel suit. But if he is a creep, contact the authorities. He would deserve the vitriol.
14



| | |
|---|---|
| Document title: | Allyson Schwab on X: "@BridgettSvoboda @CPyles8 This makes me sick and why I got this convo going. So many parents don't know their kids are on someone's YouTube." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741175083249324200 |
| Page loaded at (UTC): | Wed, 10 Jan 2024 21:42:32 GMT |
| Capture timestamp (UTC): | Wed, 10 Jan 2024 21:42:47 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 27Na6s5VNbY29m5q57jhAz |
| User: | smb-ndombrowski |

PDF REFERENCE #: qCViVHbSKky8vYwEQDVaR4


Document title: Allyson Schwab on X: "@BridgettSvoboda @CPyles8 This makes me sick and why I got this convo going. So many parents don't know their kids a...
Capture URL: https://twitter.com/allysonschwab/status/1741175083249324200
Capture timestamp (UTC): Wed, 10 Jan 2024 21:42:47 GMT