# Exhibit B



# MURPHY LAW GROUP

October 24, 2025

<u>VIA EMAIL</u>
Olivia E. Duggins
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611
oduggins@smbtrials.com

    *Re:*    *Matt Storniolo Subpoena*

Dear Counsel,

    We have received your subpoena issued to Matt Storniolo in the 1:24-cv-1969 matter. Pursuant to said subpoena, we are sending along with this letter all of the requested documents and communications.

    If you have any questions or concerns, please feel free to contact me at (312) 202-3202 or gmurphy@murphylitigation.com.

                                     Very truly yours,

                                       Eugene E. Murphy, Jr.

Encl.

4918-1854-0149, v. 1

**Murphy Law Group**
161 North Clark Street, Suite 2550 | Chicago, Illinois 60601
T: 312.202.3200   F: 312.202.3201   www.murphylitigation.com
Case 6:25-cv-02074-LTS-KEM    Document 1-2    Filed 12/31/25    Page 2 of 8







**Twink**

> I think so too. And by we I mean you.

So where did the other adds come from yesterday? More walk-ups after we were done or did they not get added? Because I pulled registrations at like 5 or something.

Or whenever we started. 4?

> No idea dude. I don't think Caffey ever checked in or entered himself. No idea when artalona was added

where there's a Tim, there's a way.

*Dec 30, 2023 at 10:18 PM*

> Man... kicking those dudes out really turned into a thing, eh?

... appears that way.

> Allison Schwab called me her new hero. Who all did you tell? That spread like wildfire

Her and David Bray (from Flo, who has also been working to get him shut down for about 2 years)

Bray I'm assuming told the rest of the Flo guys.



**Twink**

down for about 2 years)

Bray I'm assuming told the rest of the Flo guys.

Allyson has been on Cam Kramer like a hawk, since her kids are in the crosshairs of that guy's type of coverage.

> I get it. If I were a parent and I saw him at my kids tournament I'd threaten to kill him after torturing him slowly. And I don't even have kids

What kills me, just kills me, is the playing dumb ... or the justification that you aren't doing anything wrong.

The MW guy was easy; shooting video in an event where BTN has the rights. Peace out. Any other sport would have acted the same way even without that guys sketch.

Good luck suing Fox (which owns BTN) because you got shown the door at a wrestling tournament in suburban Chicago.

> It's a private event. We choose who gets media access

> So fuck off perv

> I told my sport admin just to be on the



**Twink**

you aren't doing anything wrong.

The MW guy was easy, shooting video in an event where BTN has the rights. Peace out. Any other sport would have acted the same way even without that guys sketch.

Good luck suing Fox (which owns BTN) because you got shown the door at a wrestling tournament in suburban Chicago.

> It's a private event. We choose who gets media access

> So fuck off perv

> I told my sport admin just to be on the safe side. He was glad I kicked them out

i don't think anyone's not going to be supportive of you on this. I appreciate you trusting my judgement.

> Of course dude. I know you know your shit

> And I'm a big fan of doing something that's right when you have the ability to do it.

swift justice. No dicking around for an argument. Bye.

