Nima Gharavi
4610 North Clark St. #1098
Chicago, IL 60640
Telephone: +1 (773) 899-4688
Email: dmca@midwestwrestle.com

December 22, 2025

Clerk of Court
United States District Court
Northern District of Iowa
111 7th Avenue SE
Box 12
Cedar Rapids, IA 52401-2101

RECEIVED

DEC 29 2025

United States District Court
Northern District of Iowa

**Re: Request for Permission to File Documents Electronically**
**Concurrent Filing: Gharavi v. Schwab (case number to be assigned)**

Dear Clerk of Court:

Pursuant to this Court's procedures,[1] I am writing to respectfully request permission to file documents electronically via the CM/ECF system in the above-referenced case, which I am filing concurrently with this letter in paper form.

I am an experienced CM/ECF user with active e-filing accounts in multiple federal district courts and one circuit court of appeals. I have been granted electronic filing privileges in the following thirteen (13) matters:

1. *Gharavi v. Kumar*, No. 3:25-cv-08873 (N.D. Cal. Oct. 16, 2025)

2. *In re DMCA Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80164 (N.D. Cal. Jun. 24, 2025)

3. *In re DMCA 512(h) Subpoena to Dynadot Inc.*, No. 3:25-mc-80138 (N.D. Cal. Jun. 02, 2025)

4. *In re DMCA Section 512(h) Subpoena to X Corp.*, No. 3:25-mc-80056 (N.D. Cal. Mar. 07, 2025)

5. *In re DMCA Subpoena to Reddit, Inc.*, No. 4:25-mc-80002 (N.D. Cal. Jan. 09, 2025)

6. *In Re Digital Millennium Copyright Act Section 512(h) Subpoena to Google LLC*, No. 3:25-mc-80001 (N.D. Cal. Jan. 08, 2025)

7. *Gharavi v. Meta Platforms*, No. 3:25-mc-80003 (N.D. Cal. Jan. 09, 2025)

---

[1] *See* https://www.iand.uscourts.gov/filing-without-attorney ("Pro se parties who desire to file documents electronically via the CM/ECF system in a case in which they are a party, may request permission from the court to do so by contacting the Clerk of Court in writing.").

8. *Gharavi v. X CORP.*, No. 3:25-mc-80305 (N.D. Cal. Oct. 06, 2025)

9. *Gharavi v. X CORP.*, No. 3:25-mc-80004 (N.D. Cal. Jan. 09, 2025)

10. *In Re: Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*, No. 2:25-mc-00002 (C.D. Cal. Jan. 05, 2025)

11. *Gharavi v. X Corp.*, No. 1:25-mc-00150 (W.D. Tex. Jan. 30, 2025)

12. *Gharavi et al v. Tumblr, Inc*, No. 1:24-cv-12718 (N.D. Ill. Dec. 11, 2024)

13. *Gharavi et al v. Tumblr Inc*, No. 2:25-mc-00029 (W.D. Wash. Jun. 02, 2025)

As evidenced by the attached PACER Account Status dated December 19, 2025, I maintain active e-filing privileges in five federal district courts and the United States Court of Appeals for the Seventh Circuit. Throughout these matters, I have maintained a consistent record of compliance with all applicable court rules, CM/ECF procedures, and filing requirements.

Granting electronic filing permission would promote judicial efficiency by eliminating the need for court personnel to scan and process paper filings, while ensuring all future filings in this case are immediately available on the docket. I am fully familiar with CM/ECF procedures and will continue to comply with all applicable local rules and standing orders of this Court.

Thank you for your consideration of this request. Please do not hesitate to contact me if you require any additional information.

Respectfully submitted,

*/s/ Nima Gharavi*

Nima Gharavi
Plaintiff

---

**Enclosures:**

- PACER Account Status (dated December 19, 2025) (one copy)
- Complaint (two copies)
- Civil Cover Sheet (JS 44) (one copy)
- "Exhibit A" (two copies)
- "Exhibit B" (two copies)
- Proposed Summons (two copies)
- Filing Fee Check ($405)



