IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLYSON SCHWAB,<br><br>    Defendant. | No. 25-CV-2074-LTS-KEM<br><br>**ORDER** |

Plaintiff Nima Gharavi, proceeding pro se, requests permission to access the electronic filing system for the purposes of litigation. Doc. 2.

The court **GRANTS** Plaintiff's motion (Doc. 2) to the following extent: Plaintiff may file documents electronically by e-mailing all filings (in pdf format) to the Clerk of Court at iand.ecfmail@iand.uscourts.gov. The Clerk of Court will file the documents in CM-ECF and provide filings electronically to Plaintiff at the Plaintiff's email address.

Plaintiff is on notice that emails to the above address must contain *only* documents that require filing with the court. The Clerk of Court will not engage in ex parte communications by responding to emails sent to this address.

The Clerk of Court will provide a copy of this order to Plaintiff Gharavi.

**SO ORDERED** on January 6, 2026.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa