IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLYSON SCHWAB,<br><br>　　　　Defendant. | No. 6:25-CV-2074-LTS-KEM<br><br>**CITIZENSHIP DISCLOSURE STATEMENT**<br>**(Diversity Cases)** |

　　　　As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff Nima Gharavi provides the following information regarding his citizenship:

　　　　Nima Gharavi resides in and is a citizen of Illinois.

Dated: January 24, 2026

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Nima Gharavi
　　　　　　　　　　　　　　　　　　　　Nima Gharavi, *pro se*
　　　　　　　　　　　　　　　　　　　　4610 North Clark St. #1098
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60640
　　　　　　　　　　　　　　　　　　　　Phone: +1 (773) 899-4688
　　　　　　　　　　　　　　　　　　　　dmca@midwestwrestle.com

　　　　　　　　　　　　　　　　　　　　Plaintiff