IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| NIMA GHARAVI, | |
|---|---|
| Plaintiff, | No. 6:25-CV-2074-LTS-KEM |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| ALLYSON SCHWAB, | |
| Defendant. | |

As required by LR 7.1, Plaintiff Nima Gharavi in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are either related to the party as a parent, subsidiary, or otherwise, or have a directed or indirect pecuniary interest in the outcome of the case:*

Right Call Officials, Inc., an Illinois corporation.

(b) *With respect to each entity named in response (a), the following describes its connection to or interest in the litigation, or both:*

Certain revenues from the YouTube channel hosting the original copyrighted content at issue in this matter are accounted for as business income of this corporation.

Dated: February 6, 2026

Respectfully submitted,

/s/ Nima Gharavi
Nima Gharavi, *pro se*
4610 North Clark St. #1098
Chicago, IL 60640
Phone: +1 (773) 899-4688
dmca@midwestwrestle.com

Plaintiff