IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>   Plaintiff,<br><br>v.<br><br>ALLYSON SCHWAB,<br><br>   Defendant. | CASE NO. 25-cv-2074-LTS-KEM<br><br>**APPEARANCE OF<br>RICHARD A. STEFANI<br>ON BEHALF OF PLAINTIFF** |

Richard A. Stefani hereby enters his appearance in this matter on behalf of Plaintiff Nima Gharavi.

By _____
Richard A. Stefani [AT0007583]
GRAY, STEFANI & MITVALSKY, P.L.C.
425 Second Street, S.E., Suite 700
P.O. Box 456
Cedar Rapids, Iowa  52406-0456
Email:  rickstefani@gsmlawyers.com
Tel.:  319/364-1535

**ATTORNEYS FOR PLAINTIFF
NIMA GHARAVI**