# PROOF OF SERVICE

**Date served**: March 23, 2026

**Time served**: 6:15 PM

**Person served**: Allyson Schwab

**Address where served**: 2528 Pleasant Dr., Cedar Falls, IA 50613

**Manner of service**: In Person

**Served by (name and title)**: Jeff Marlin, Private Investigator

*The following documents were served to the above-named person:*

*In the United States District Court for the Northern District of Iowa,*
*Case# 25-CV-2074-LTS-KEM*
- Summons in a Civil Action
- Complaint - Jury Trial Demanded

## DECLARATION OF SERVER:

I declare under penalty of perjury and pursuant to the laws of the State of Iowa that the foregoing information contained in the Proof of Service is true and correct.

**Date**: 3-24-26

**Signature of Server**: _Jeff Marlin_

**Address of Server**: PO Box 11183, Cedar Rapids, Iowa 52410

Subscribed and sworn to before me on this 24 day of March, 2026

_Justine Payton_
Notary Public in and for the State of Iowa

JUSTINE PAYTON
Commission Number 860014
My Commission Expires
10/30/2027