# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>    Plaintiff,<br><br>v.<br><br>ALLYSON SCHWAB,<br><br>    Defendant. | CASE NO. 25-cv-2074-LTS-KEM<br><br>**MOTION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** |

Plaintiff moves the Court to grant an extension of the time to submit a proposed scheduling order and discovery plan. In support of his motion, Plaintiff states:

1.    As noted in paragraph 2 of the Complaint, this lawsuit stems from the same facts and circumstances alleged in Gharavi v. Presley, Case No. 1 :24-cv-1969 (N.D. 111.), where Defendant Schwab was dismissed without prejudice for lack of personal jurisdiction.

2.    Before Plaintiff filed this Complaint on December 31, 2025, Illinois counsel who represented Plaintiff in Gharavi v. Presley had engaged in extensive settlement negotiations with Defendant Schwab's counsel. Those negotiations continued after the filing of this Complaint until recently, when an impasse was reached. At that point, the undersigned attorney filed his appearance for Plaintiff and Defendant Schwab was served with the Summons and Complaint.

3.    An answer to the Complaint by the Defendant is due April 13, 2026. To date, no counsel has appeared for Defendant and Plaintiff's counsel has been given no notice as to who may appear for Defendant.

4.    Plaintiff recognizes that LR 16 requires a proposed scheduling order and discovery plan be submitted to the magistrate judge for approval within 90 days after filing of the complaint, however, Plaintiff's counsel has been unable to determine the identity of counsel who will appear

for Defendant in order to confer with that counsel on a proposed scheduling order and discovery plan.  Given that Defendant had Illinois counsel representing her in Gharavi v. Presley, Plaintiff's counsel reasonably believes Defendant will have counsel representing her in this case.

FOR THE ABOVE REASONS, Plaintiff respectfully requests the Court grant this motion and order that the time to submit a proposed scheduling order and discovery plan pursuant to LR 16 be extended to May 4, 2026, which is 21 days after Defendant is to appear and file a response to the Complaint.

By _____
Richard A. Stefani  [AT0007583]
GRAY, STEFANI & MITVALSKY, P.L.C.
425 Second Street, S.E., Suite 700
P.O. Box 456
Cedar Rapids, Iowa  52406-0456
Email:  rickstefani@gsmlawyers.com
Tel.:  319/364-1535

**ATTORNEYS FOR PLAINTIFF**
**NIMA GHARAVI**