4148-99
JWR/LGN/LLB

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | | |
|---|---|---|
| NIMA GHARAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 25-CV-2074 LTS-KEM |
| ALLYSON SCHWAB, | ) | |
| | ) | Judge: |
| Defendant. | ) | Honorable Leonard T. Strand |
| | ) | |
| | ) | Magistrate Judge: |
| | ) | Honorable Kelly K.E. Mahoney |

## JURY DEMAND

Defendant, ALLYSON SCHWAB, demands trial by Jury of 12.


ALLYSON SCHWAB, Defendant

BY: _____/s/ Joseoh W. Rust_____

HEYL, ROYSTER, VOELKER & ALLEN
Joseph W. Rust AT0013116


HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone:     312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: jrust@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com

4148-99
KEB/LGN/LLB

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addresses of record designated by those individuals on the 8th day of April, 2026.

To:
 ***Pro-Plaintiff***
 Nima Gharavi
 4610 N. Clark St. #1098
 Chicago, IL 60640
 ***dmca@midwestwrestle.com***



/s/ Joseph W. Rust

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: kbayer@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com

2