**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIMA GHARAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 25-CV-2074 LTS-KEM |
| ALLYSON SCHWAB, | ) | |
| | ) | Judge: |
| Defendant. | ) | Honorable Leonard T. Strand |
| | ) | |
| | ) | Magistrate Judge: |
| | ) | Honorable Kelly K.E. Mahoney |

**ORAL ARGUMENT REQUESTED**

**DEFENDANT ALLYSON SCHWAB'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW COMES Defendant, ALLYSON SCHWAB, by her attorneys, HEYL, ROYSTER, VOELKER

& ALLEN, P.C., and for her Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil

Procedure 12(b)(6) states as follows:

1.      Defendant Schwab moves to dismiss Plaintiff's Complaint because Plaintiff has

failed to plead sufficient facts to show he is entitled to relief.

2.      The basis of Plaintiff's Defamation Per Se, Defamation Per Quod, Invasion of Privacy

by False Light, Intentional Infliction of Emotional Distress, and Tortious Interference with

Prospective Business Relationships claims stem from four social media posts Defendant Schwab

made on 'X' (formerly Twitter).

3. In those posts, Defendant Schwab generally warns parents to be aware of where videos of their minor children participating in youth wrestling are posted online.

4. In Plaintiff's Complaint, Plaintiff admits that videos he took and posted online, through no intentional conduct of his own, appeared on pornographic and other inappropriate websites.

5. In the Complaint, Plaintiff interprets Defendant Schwab's warning to parents to be about him and further interprets Defendant Schwab's posts as having accused him of posting videos with inappropriate intent, allowing pornographic websites to embed his videos, posing a danger to minors, and engaging in conduct that warranted denial of credentials by schools and tournament directors in the wrestling community.

6. As Defendant Schwab's statements were opinions relating to matters of public concern, those opinions are entitled to First Amendment Protection.

7. Further, the "sting" of the statements—that parent's should be aware of where their children are posted online—is substantially true where those videos were in fact appearing on pornographic and inappropriate websites.

8. Additionally, Plaintiff's Complaint does not meet the pleading requirements to adequately state claims for defamation per quod, tortious interference with prospective business relationships, and intentional infliction of emotional distress.

9. Lastly, any allegations stemming from the first post of which Plaintiff complains should be dismissed as that post is outside the applicable two-year statute of limitations.

10. As Plaintiff has failed to properly plead counts of defamation per se, defamation per quod, invasion of privacy by false light, and tortious interference with a business relationship, Plaintiff's claims must be dismissed with prejudice.

11. Defendant Schwab submits a Memorandum of Law in support of her Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) contemporaneously herewith.

12. Defendant Schwab, pursuant to LR 7(c), respectfully requests this Court set oral arguments on this Motion due to the number of claims being made against Defendant Schwab and the number of arguments raised in support of dismissal. The requested hearing would be limited to arguments by counsel and not require presenting testimony.

**WHEREFORE**, Defendant Allyson Schwab respectfully requests the Court GRANT her Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) with prejudice and for any relief this Court determines is just and proper.

ALLYSON SCHWAB, Defendant

BY: _____/s/ Joseph W. Rust_____
HEYL, ROYSTER, VOELKER & ALLEN
Joseph W. Rust AT0013116

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: jrust@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com

4148-99
JWR/LGN/LLB

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addresses of record designated by those individuals on the 13th day of April, 2026.

To:

***Counsel for Plaintiff***
Richard A. Stefani
Gray, Stefani, & Mitvalsky, P.L.C.
425 Second St., S.E., Suite 700
P.O. Box 456
Cedar Rapids, IA 52406-0456
T: 319-364-1535
***rickstefani@gsmlawyers.com***

/s/ Sharon Skierkiewicz
sskierkiewicz@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: kbayer@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com