# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

Nima Gharavi

Plaintiff(s),

vs.

Allyson Schwab

Defendant(s).

CASE NO.   6:25-cv-02074

MOTION TO APPEAR
PRO HAC VICE

Olivia E. Duggins, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Nima Gharavi. Olivia E. Duggins states that she is a member in good standing of the bar of the State of Illinois Northern District, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Olivia E. Duggins further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Richard A. Stefani, an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

/s/ Olivia E. Duggins
Olivia E. Duggins