IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>    Plaintiff,<br><br>v.<br><br>ALLYSON SCHWAB,<br><br>    Defendant. | CASE NO. 25-cv-2074-LTS-KEM<br><br>PROPOSED SCHEDULING ORDER<br>AND DISCOVERY PLAN |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement during the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?

   ☒**yes**  ☐ **no**

   If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  **May 18, 2026**

   *If any party objected during the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 14 days after this proposed scheduling order and discovery plan is filed in the court's CM/ECF system, serve and file a document in which the objections are set forth with particularity.*

2. Deadline for motions to add parties:  **July 8, 2026**

3. Deadline for motions to amend pleadings:  **July 8, 2026**

4. Expert witness discloses by:

   a. Plaintiff:  **September 1, 2026**

   b. Defendant:  **November 2, 2026**

   c.  Plaintiff Rebuttal:   <u>December 14, 2026</u>

5.    Deadline for *completion* of discovery:  <u>January 11, 2027</u>

6.    Expert motions deadline: <u>March 31, 2027</u>

7.    Dispositive motions deadline:  <u>January 29, 2027</u>
          (***at least 150 days before Trial Ready Date***)

8.    Trial Ready Date:  <u>July 15, 2027</u>
          (***at least 150 days after Dispositive Motions Date***)

9.    Has a jury demand been filed?    ☒ **yes**  ☐ **no**

10.   Estimated length of trial:  <u>10</u> days

11.   Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  ☐ **yes**  ☒**no**

    ***If yes, you must file the AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by attaching it to the Proposed Scheduling Order and Discovery Plan.***

12.   Are each of the attorneys in this case admitted to practice in the Northern District of Iowa pursuant to Local Rule 83?  ☒ **yes**  ☐ **no**

  /s/ Richard A Stefani                  /s/ Joseph W. Rust
Plaintiff:  Richard A. Stefani         Defendant: Joseph W. Rust
     Gray, Stefani & Mitvalsky, P.L.C.      Heyl, Royster, Voelker & Allen
Address: 425 Second Street, S.E., Suite 700  Address: 33 N. Dearborn St., 7th Floor
Address:  Cedar Rapids, Iowa  52406-0456  Address: Chicago, IL 60602
Telephone: 319.364.1535          Telephone: 312.853.8700
  Email address: rickstefani@gsmlawyers.com    Email address: jrust@heylroyster.com


  /s/ Olivia Duggins
  Plaintiff: Oliva Duggins
     Swanson, Martin & Bell, LLP
Address: 330 N. Wabash Ave, Suite 3300
Address   Chicago, Illinois 60611
Telephone: 312.766.0060
Email address: oduggins@smbtrials.com