**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

NIMA GHARAVI,

        Plaintiff,

vs.

ALLYSON SCHWAB,

        Defendant.

No.  25-2074-LTS

**ORDER**

Before the Court is Defendant's unresisted motion (Doc. 19) for extension of time to file reply brief and motion to file overlength reply brief.  The motion is **granted**.  The deadline to file is extended to **May 18, 2026**.  The reply brief must not exceed more than ten pages in length.

**IT IS SO ORDERED** this 4th day of May, 2026.

_____
Leonard T. Strand
United States District Judge