4148-99
JWR/LLB/LGN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

NIMA GHARAVI,

      Plaintiff(s),

vs.

ALLYSON SCHWAB,

      Defendant(s).

CASE NO. 25-CV-2074

CITIZENSHIP DISCLOSURE STATEMENT
(Diversity Cases)

_____

As jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant ALLYSON SCHWAB provides the following information regarding its citizenship:

Defendant Allyson Schwab resides in and is a citizen of Iowa.

Dated: 5/11/26

      ALLYSON SCHWAB, Defendant

BY: _____/s/ Joseph W. Rust_____
      HEYL, ROYSTER, VOELKER & ALLEN
      Joseph W. Rust AT0013116

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: jrust@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com