# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

NIMA GHARAVI,

      Plaintiff,

vs.

ALLYSON SCHWAB,

      Defendant.

No.  25-CV-2074-LTS-KEM

**SCHEDULING ORDER AND DISCOVERY PLAN**

_____

*I.*    *INTRODUCTION:*  This order sets deadlines for this case.  The Court expects the parties to adhere strictly to all deadlines.  Parties who elect to represent themselves are held to the same deadlines as attorneys.

*II.*    *DEADLINES:*

    *A.* Initial disclosures: 05/22/2026

    *B.* Motions to add parties: 07/08/2026

    *C.* Motions to amend pleadings: 07/08/2026

    *D.* Expert disclosures:

        1.  Plaintiff's expert(s): 09/01/2026

        2.  Defendant's expert(s): 11/02/2026

        3.  Plaintiff's rebuttal expert(s): 12/14/2026

    *E.* Completion of discovery: 01/11/2027

    *F.* Dispositive motions: 01/29/2027

    *G.* Expert motions:[1] 03/31/2027

---

[1] Any motion addressing admissibility of expert opinion evidence under Federal Rule of Evidence 702 or *Daubert v. Merrell Dow Pharmaceutical, Inc.*, 509 U.S. 579 (1993).

**H.** Trial ready date: 07/15/2027[2]

**I.** Duration of trial: **10 days**  Jury Demand: **Yes**

**III. CONSENT:** The parties unanimously consent to trial, disposition, and judgment by a United States Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3): **No**

**IV. REQUESTS FOR HEARINGS:** The Court encourages participation at hearings on motions by lawyers who drafted or contributed to the pleadings and/or preparation for the hearing. The Court may favor granting a request for oral argument if it includes a representation that the argument on motions will be handled, in whole or in part, by a lawyer who drafted or contributed to the pleadings.

 **SO ORDERED** on May 18, 2026.

 Kelly K.E. Mahoney
 Chief Magistrate Judge
 Northern District of Iowa

---

[2]  Plaintiff is not available for trial before July 15, 2027, and Defendant has no conflicts; neither party objects to trial scheduling on Monday, July 19, 2027.

2