# Exhibit A

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Ok real talk. I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be…" / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741125448418152901 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:11:51 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:12:10 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | jkVQnC38kazyzDwntKLKFv |
| User: | smb-ndombrowski |

X

Settings

← **Post**

**Allyson Schwab**
@allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.

Parents- do yourself a favor. Look at the places your kids pop up on- sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?

This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?

Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.

3:53 PM · Dec 30, 2023 · **377.8K** Views

**39** Reposts **14** Quotes **349** Likes **14** Bookmarks

14

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab** @allysonschwab Follow

A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up

← **Post**

**Allyson Schwab** @allysonschwab

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be out there 30 other ways, but it's just what I do.

Parents- do yourself a favor. Look at the places your kids pop up on- sites channels- Search them on YouTube. Is the video of the match or your child walking back and forth for a while. Is the image selected for the video suggestive?

This is a real thing in our sport. All you have to do is look at the photos or videos of a creator to understand if it's intentional or not. Are all the frames selected for videos suggestive? Are all the photos of positions you wouldn't see other photographers post? Is there 240k views on a jv match?

Do your due diligence and research! Also schools/tournament directors have someone check who you're credentialing to photograph these athletes esp minors.

9:53 AM · Dec 30, 2023 · **363.1K** Views

19 | 52 | 337 | 14

Post your reply | Reply

---

**Alyssa Emili** @AlyssaEmili · Dec 30, 2023

Wow I just searched @YouTube and found my 11 y.o. daughter wrestling is the subject of 16 videos of 1 person. Suggestive, w innuendo. I reported it. But as a well intentioned person, I didn't consider this. Thank you 🙏

3 | | 15 | 20K

**Allyson Schwab** @allysonschwab · Dec 30, 2023

Oh mama. Makes me sick.

| | 10 | 16K

---

**have some nuts** @havesomenuts_ · Dec 30, 2023

There is an online forum community that shares pictures of college wrestlers for nsfw reasons. Someone from that community messaged me attempting to solicit pictures for money. I've seen my teammates and friends posted on there as well

1 | | 9 | 22K

**Allyson Schwab** @allysonschwab · Dec 30, 2023

So much wrong with this world.

| | 13 | 17K

---

**JamieDonWeeks** @JamieDonWeeks23 · Dec 30, 2023

You're also a pot stirrer.

7 | 1 | 2 | 9.9K

**Allyson Schwab** @allysonschwab · Dec 30, 2023

If this is pot stirring then sure bc it's gonna protect a lot kids. Not sure how you can be mad about that, but ok.

| | 83 | 8.7K

---

**Aaron Morekin** @aaronmorekin · Dec 30, 2023

This isn't talked about enough. I go through all of my images and cull them this way. Even if it is otherwise a nice photo. I wouldn't want have wanted something like that of me when I wrestled. Don't want to do it to these athletes

1 | | 17 | 16K

---

**Shea Foster** @Ric_0_Shea · Dec 30, 2023

I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.

1 | | 4 | 14K

---

**Ben Gonzalez** @BGON81 · Dec 30, 2023

Why I'm a big proponent of moving to shorts

2 | | 9 | 8.8K

---

**RackClassic** @RackClassic0 · Dec 30, 2023

Well stated, Allyson

Post

**Shea Foster** @Ric_0_Shea · Dec 30, 2023
I do work with some charities and we do background checks on people. Is that done or are tournaments just open to anyone taking pictures. I don't know the standard of media credentialing at each level.
1 · 4 · 14K

**Ben Gonzalez** @BGON81 · Dec 30, 2023
Why I'm a big proponent of moving to shorts
2 · 9 · 8.8K

**PackClassic** @PackClassic0 · Dec 30, 2023
Well stated, Allyson
7 · 9.2K

**MDLClass** @MDLClass · Dec 30, 2023
Etc... etcetera. IA education 😔
2 · 1 · 5.2K

**Jeff Holmes** @OldCoach57 · 23h
This is exactly why some of the wrestling sites bother me. Nobody under high school age should be out there this much. It's scary on too many levels.
1.4K

**KJ** @Bsweed69 · Dec 30, 2023
Thank you. Good advice. Sadly it's not just wrestling.
1 · 3.1K

**Akir The Fallen** @Haunted_Haunter · Dec 31, 2023
To add on, this was something my friend who played volleyball said to me in highschool once, "half the time we have to ref our own games. The refs always show up early to watch us warm up and usually don't know what they're doing. Why can't we get real shorts."
2.8K

**Todd Wolverton** @ToddWolverton · Dec 30, 2023
Thank you for bringing this up and sharing. I've was definitely not aware of this.
3.5K

**GoWithTheFlo** @GoWithT58890605 · Dec 30, 2023
You see it all the time in the comments or likes on regular posts. Most of the time its some pedo hiding in plane site on social media from across the world who only follows youth gymnastics and wrestling for the crotch shots. Been going on for a while
2.4K

**Randal Meyer** @revranmey · Dec 30, 2023
Please take the time and don't miss wrestlers/wrestling through your own eyes that you would miss through the lenses of your videos and photos.
3 · 7.3K

**#BLM_#Vote!** 🌊☮️ @EtoTheZY · Dec 30, 2023
It's so scary because normal people would never even think of this. I guess it's how they get away with it in broad daylight.
8 · 6.3K

**rynedwalt** @rynedwelt · Dec 30, 2023
There is constantly "suggested for you" fb pages on my feed with this. Very creepy, i dont even view the comments or expand the pics anymore bc theyre def viewed a different way and the comments are horrible.
1 · 4.6K

**Eric Rauch** @Rauch41 · 7h
There is a lot wrong with the world! Pictures online, kids transferring to private schools, taxpayer money going to said schools. Take your pick.
150

**Tam Murceck** @murkman36 · Dec 30, 2023
How about just don't take pictures of other people's kids at all 🤷‍♂️

That seems like a better option than letting people take pictures and police themselves as "oh but I'm one of the good ones, not like those other people".
3 · 7K

## More replies

**Joe B** @joeb1771 · Dec 30, 2023
Searched my name once and found a cropped picture from the NCAAs with my face on some gay website. Teammates laughed at me but I never thought about it again until now. Kid pictures are crossing a line. These freaking degenerates

Post

**Allyson Schwab** @allysonschwab · Dec 30, 2023

Ok real talk.

I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as a way to protect the kid. That same pic could be...
Show more

22 · 54 · 330 · 379K

**Barford1978**
@barford19781

My good friend @milesrush79 pointed this out to me yesterday. I'm grateful he did. Midwest Wrestling you tube has my sons video(of course in a white singlet) and 21k views? Gtfo, no way these are recruiters or the competition scoping these. I flagged it.let's see if YouTube GAF

Thanks for your report to YouTube Inbox

YouTube 5:41 PM
to me

YouTube

Hello Matt,

Thank you for your video report on January 3, 2024. We'll take a careful look at this content.

**What happens next**

After our review, we may:

- Remove the content, if it violates our Community Guidelines
- Place restrictions on it, if it's not suitable for some audiences
- Keep the content up, if it doesn't violate our Community Guidelines

99+

7:21 AM · Jan 4, 2024 · **125** Views

2 · 2

Post your reply
Reply

**More replies**

**ChillNaNa** @goldenimage84 · 48m

So your son is on a channel that has 321,000 subscribers. And you think it received 21k views because he is in a white singlet? When his other video same singlet [illegible] your "friend" brought this to your attention...how?

1 · 8

4-LTS-KEM Document 25-3 Filed 07/08

Page Vault

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Friendly reminder to check if your kids are on a certain YouTube channel. No reason a 46kg youth girls match should have 2.6 million views." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741579008897151316 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:41:24 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:41:58 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | e8Xiebw5hV6qxcrVdb8upg |
| User: | smb-ndombrowski |

PDF REFERENCE #: fqhW8V57T9MPK2FDUhnP4z

X

Settings

← **Post**

**Allyson Schwab** @allysonschwab ···

Friendly reminder to check if your kids are on a certain YouTube channel.

No reason a 46kg youth girls match should have 2.6 million views.

> **Allyson Schwab** @allysonschwab · Dec 30, 2023
> Ok real talk.
>
> I am a parent. I am also a content creator. I shoot video, photos, ect. I understand in our sport some things are going to maybe look a certain way or show in singlets. I crop, I sometimes just don't use a photo as...
> Show more

9:56 PM · Dec 31, 2023 · **261.4K** Views

**28** Reposts **4** Quotes **284** Likes **5** Bookmarks

5

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab** @allysonschwab **Follow**
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up



Document title: Allyson Schwab on X: "Friendly reminder to check if your kids are on a certain YouTube channel. No reason a 46kg youth girls match should have…
Capture URL: https://twitter.com/allysonschwab/status/1741579008897151316
Capture timestamp (UTC): Thu, 04 Jan 2024 20:41:58 GMT

| | |
|---|---|
| Document title: | Allyson Schwab on X: "Here is what I feel bad for….. The kids that think it's normal to have 400k views on their video from a local youth or hs tournament or that this is how they are getting recruited." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1742623674593607855 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:40:14 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:40:37 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | iDkqAq3myKyWgD4Gc6HQZX |
| User: | smb-ndombrowski |

Settings

Post

Allyson Schwab
@allysonschwab

Here is what I feel bad for.....

The kids that think it's normal to have 400k views on their video from a local youth or hs tournament or that this is how they are getting recruited.

7:07 PM · Jan 3, 2024 · **27.2K** Views

**4** Reposts **1** Quote **99** Likes **1** Bookmark

1

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Allyson Schwab
@allysonschwab
Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in Sign up

| | |
|---|---|
| Document title: | Allyson Schwab on X: "@Verlandinator Is this a serious take?" / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741839071587020829 |
| Page loaded at (UTC): | Thu, 04 Jan 2024 20:44:46 GMT |
| Capture timestamp (UTC): | Thu, 04 Jan 2024 20:44:59 GMT |
| Capture tool: | 10.40.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Linux (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | aCSApejDJVqB42aMudoyY7 |
| User: | smb-ndombrowski |

Settings

Post

**Allyson Schwab**
@allysonschwab

Is this a serious take?

3:09 PM · Jan 1, 2024 · **247** Views

**2** Likes

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab**
@allysonschwab
Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up

## More replies

**Verlandinator** @Verlandinator · Jan 1

Are we sure Flo didn't spread this rumor because his videos get more views. I saw Pyles of Flo talking about this earlier. I haven't seen anything suspicious in his videos or from the tweet detectives except for the large viewership numbers

1 · 1 · 275

**Allyson Schwab** @allysonschwab · Jan 1

Is this a serious take?

2 · 2 · 258

**Ryan Campney** @campney_ryan · Jan 1

The dude is obviously followed by creeps. Is it 100% that he's a creep? It looks likely but is it possible that creeps just found his videos and it was nothing nefarious on his part?

1 · 67

**ChillNaNa** @goldenimage84 · 58m

Exactly!! If he's for sure not a creep. I would be on a screen shot fury and contacting my attorney. This is definitely defamation and grounds for a libel suit. But if he is a creep, contact the authorities. He would deserve the vitriol.



14

| | |
|---|---|
| Document title: | Allyson Schwab on X: "@BridgettSvoboda @CPyles8 This makes me sick and why I got this convo going. So many parents don't know their kids are on someone's YouTube." / X |
| Capture URL: | https://twitter.com/allysonschwab/status/1741175083249324200 |
| Page loaded at (UTC): | Wed, 10 Jan 2024 21:42:32 GMT |
| Capture timestamp (UTC): | Wed, 10 Jan 2024 21:42:47 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | 27Na6s5VNbY29m5q57jhAz |
| User: | smb-ndombrowski |

PDF REFERENCE #: qCViVHbSKky8vYwEQDVaR4

X

Settings

Post

**Allyson Schwab**
@allysonschwab

This makes me sick and why I got this convo going. So many parents don't know their kids are on someone's YouTube.

7:11 PM · Dec 30, 2023 · **11.3K** Views

**2** Reposts **25** Likes

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Allyson Schwab**
@allysonschwab
Follow
A coach's wife, a wrestling mom, and an Autism Advocate.

Trends are unavailable.

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2024 X Corp.

**Don't miss what's happening**
People on X are the first to know.
Log in
Sign up



Document title: Allyson Schwab on X "@BridgetSvoboda @CPyles8 This makes me sick and why I got this convo going. So many parents don't know their kids a…
Capture URL: https://twitter.com/allysonschwab/status/1741175083249324200
Capture timestamp (UTC): Wed, 10 Jan 2024 21:42:47 GMT