# Exhibit B

# MURPHY LAW GROUP

**October 24, 2025**

**VIA EMAIL**
Olivia E. Duggins
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611
oduggins@smbtrials.com

***Re: Matt Storniolo Subpoena***

Dear Counsel,

We have received your subpoena issued to Matt Storniolo in the 1:24-cv-1969 matter. Pursuant to said subpoena, we are sending along with this letter all of the requested documents and communications.

If you have any questions or concerns, please feel free to contact me at (312) 202-3202 or gmurphy@murphylitigation.com.

Very truly yours,

Eugene E. Murphy, Jr.

Encl.

4918-1854-0149, v. 1

**Murphy Law Group**
161 North Clark Street, Suite 2550 | Chicago, Illinois 60601
P: 312.202.3200 F: 312.202.3201 www.murphylitigation.com

11:24 90

13



Twink

So apparently the MidwestWrestle perv is there too.



Someone just screen shotted that one and sent it to me.

That the guy in the photo?

He's an Illinois HS official. Has some real suspect content too. Flo came after him and can't seem to get him shut down either.

Might want to check to see if he has a media credential to confirm if it is him.

Here's that dude's IG:

**Midwest Wrestle (@midwestwrestle) • Instagram photos and videos**
instagram.com

He has some bad ones too but a

iMessage

11:24 90

13

Twink

He has some bad ones too but a decent bit that don't look bad

I don't think he's as bad as camkramer

almost all of his thumbnails on his YouTube page are still of junk shots.

That's not accidental either.

I trust you

Plus, it's too late. I already told him to fuck off

The one earlier was better though. I wish you could have heard that one

I was at the pool with the kids.

And that's not a euphemism

Btw, we couldn't have foreseen the chaos with the upsets, but I do think we ended up with some pretty good seeding. I didn't see any actual complaints online. Just what I missed with the F&M kid (who made the semis).

I think so too. And by we I mean you.

So where did the other adds come from yesterday? More walk-ups after

iMessage

11:27 90

13



Twink >

I think so too. And by we I mean you.

So where did the other adds come from yesterday? More walk-ups after we were done or did they not get added? Because I pulled registrations at like 5 or something.

Or whenever we started. 4?

No idea dude. I don't think Caffey ever checked in or entered himself. No idea when artalona was added

where there's a Tim, there's a way.

Dec 30, 2023 at 10:18 PM

Man... kicking those dudes out really turned into a thing, eh?

... appears that way.

Allison Schwab called me her new hero. Who all did you tell?  That spread like wildfire

Her and David Bray (from Flo, who has also been working to get him shut down for about 2 years)

Bray I'm assuming told the rest of the Flo guys.

iMessage

11:28 90

13



Twink >

down for about 2 years)

Bray I'm assuming told the rest of the Flo guys.

Allyson has been on Cam Kramer like a hawk, since her kids are in the crosshairs of that guy's type of coverage.

I get it. If I were a parent and I saw him at my kids tournament I'd threaten to kill him after torturing him slowly. And I don't even have kids

What kills me, just kills me, is the playing dumb ... or the justification that you aren't doing anything wrong.

The MW guy was easy, shooting video in an event where BTN has the rights. Peace out. Any other sport would have acted the same way even without that guys sketch.

Good luck suing Fox (which owns BTN) because you got shown the door at a wrestling tournament in suburban Chicago.

It's a private event. We choose who gets media access

So fuck off perv

I told my sport admin just to be on the

iMessage

11:28 90

13



Twink >

you aren't doing anything wrong.

The MW guy was easy, shooting video in an event where BTN has the rights. Peace out. Any other sport would have acted the same way even without that guys sketch.

Good luck suing Fox (which owns BTN) because you got shown the door at a wrestling tournament in suburban Chicago.

It's a private event. We choose who gets media access

So fuck off perv

I told my sport admin just to be on the safe side. He was glad I kicked them out

i don't think anyone's not going to be supportive of you on this. I appreciate you trusting my judgement.

Of course dude. I know you know your shit

And I'm a big fan of doing something that's right when you have the ability to do it.

swift justice. No dicking around for an argument. Bye.

iMessage

11:30 90

13 RH

Ryan >

Will tweet out correction there as well

Dec 29, 2023 at 9:15 PM

Talked to Nima and got his credential. Thanks for the letting me know.

I appreciate your help with that

No problem. Sorry that you had to deal with that shit tonight.

It's fine. That was minimal and easier problems to solve than most this weekend

Jan 11, 2024 at 6:21 PM

Probables still TBD for Sunday?

👍

Yep. I'll get them to you tomorrow

Jan 12, 2024 at 6:06 PM

Still able to shoot over probables tonight? Thanks!

👍

125Odiotti
133 Adams
141 VanderVere or Bazan
149 Vandenbush or Cartella
157 Chumbley

iMessage