# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

NIMA GHARAVI,

     Plaintiff,

vs.

ALLYSON SCHWAB,

     Defendant.

No. 25-CV-2074-LTS-KEM

**ORDER**

_____

Plaintiff filed a timely motion seeking leave to file an amended complaint. Doc. 25. Plaintiff seeks to add another party as Plaintiff in this action. The motion indicates Defendant objects, though no formal objection was filed. Defendant previously filed a motion to dismiss the original complaint. Doc. 13. In the motion to amend, Plaintiff alternatively requests that if the motion to amend would moot the pending motion to dismiss that the motion to amend be denied without prejudice. Filing an amended complaint generally moots any pending motion to dismiss.[1]

The court **DENIES WITHOUT PREJUDICE** Plaintiff's motion to amend (Doc. 25). Plaintiff may seek leave to file the proposed amended complaint after the court rules on the pending motion to dismiss.

**SO ORDERED** on August 6, 2026.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

---

[1] *See **Newkirk v. GKN Armstrong Wheels***, No. C15-3127, 2015 WL 13840426, at *1 (N.D. Iowa Nov. 3, 2015); *see also **Atlas Van Lines, Inc. v. Poplar Bluff Transfer Co.***, 209 F.3d 1064, 1067 (8th Cir. 2000).