4148-99
JWR/LLB/LGN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

Nima Gharavi

Plaintiff(s),

vs.

Allyson Schwab

Defendant(s).

CASE NO. 25-CV-2074 LTS-KEM

MOTION TO APPEAR
PRO HAC VICE

Leah G. Nolan, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Allyson Schwab. Leah G. Nolan states that She is a member in good standing of the bar of the State of Illinois, and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Leah G. Nolan further states that she will comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Joseph W. Rust , an attorney who has been admitted to the bar of this district under LR 83(b) and (c) and who has entered an appearance in this case.

*The certificate of good standing (dated within the last 90-days) required by Administrative Order No. 19-AO-0004-P is attached.*

s/ Leah G. Nolan
Leah G. Nolan

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Leah Garland Nolan

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2021 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 4th day of August, 2026.

Cynthia A. Grant

Clerk,
Supreme Court of the State of Illinois