4148-99
JWR/LGN/LLB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIMA GHARAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 25-CV-2074 LTS-KEM |
| ALLYSON SCHWAB, | ) | |
| | ) | Judge: |
| Defendant. | ) | Honorable Leonard T. Strand |
| | ) | |
| | ) | Magistrate Judge: |
| | ) | Honorable Kelly K.E. Mahoney |

**APPEARANCE**

LEAH G. NOLAN of HEYL, ROYSTER, VOELKER & ALLEN, P.C., hereby enters her appearance on behalf of Defendant, ALLYSON SCHWAB, in the above-captioned matter.

ALLYSON SCHWAB, Defendant

BY: /s/ Leah G. Nolan
HEYL, ROYSTER, VOELKER & ALLEN
Leah G. Nolan, ARDC #6339451

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: jrust@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addresses of record designated by those individuals on the 19th day of August, 2026.

To:
***Pro-Plaintiff***
Nima Gharavi
4610 N. Clark St. #1098
Chicago, IL 60640
***dmca@midwestwrestle.com***

/s/ Leah G. Nolan

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: kbayer@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com