IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| NIMA GHARAVI,<br><br>Plaintiff,<br><br>v.<br><br>ALLYSON SCHWAB,<br><br>Defendant. | CASE NO. 25-cv-2074-LTS-KEM<br><br>**PLAINTIFF'S MOTION FOR EXTENSION TO SERVE EXPERT DISCLOSURES** |

Plaintiff respectfully moves the Court to extend the expert disclosure deadlines set forth in the Scheduling Order. Dkt. 23. In support of this motion, Plaintiff states:

1. Pursuant to the Scheduling Order, Plaintiff's expert disclosures are currently due September 1, 2026, Defendant's expert disclosures are due November 2, 2026, and Plaintiff's rebuttal expert disclosures are due December 14, 2026. *Id.*

2. On, April 13, 2026, Schwab filed a Motion to Dismiss, which has been fully-briefed and remains pending before the Court. Dkts. 13, 17, and 22.

3. In light of the pending Motion to Dismiss, the parties are still in the early stages of discovery and Plaintiff continues to evaluate the need for expert testimony, the appropriate expert disciplines, and the scope of any expert opinions that may be required. The parties have exchanged initial disclosures. Plaintiff anticipates serving written discovery in the near future.

4. Resolution of the Motion to Dismiss may impact the scope of the claims and issues that remain in this action. Accordingly, the parties would benefit from additional time to address expert disclosures after the Court rules on the pending motion and the factual record has been further developed.

5. Good cause exists to extend the expert disclosure deadlines by three months, such that Plaintiff's expert disclosures are due December 1, 2026, Defendant's expert disclosures are due February 2, 2027, and Plaintiff's rebuttal expert disclosures are due March 15, 2027. The requested extension will promote efficiency and avoid the potential need for unnecessary expert retention and disclosure while the Motion to Dismiss remains under review.

6. On August 19, 20, and 24, 2026, counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested herein. Defendant proposed staying discovery in its entirety pending resolution of the Motion to Dismiss. Plaintiff iterated its proposal for a limited extension of the expert disclosure deadlines while allowing fact discovery to proceed. As the parties were unable to reach agreement, Defendant opposes this motion.

FOR THE ABOVE REASONS, Plaintiff respectfully requests the Court grant this motion and amend the Scheduling Order, with Plaintiff's expert disclosures due December 1, 2027, Defendant's expert disclosures due February 2, 2027, and Plaintiff's rebuttal expert disclosures due March 15, 2027.

Click to buy NOW! PDF-XChange www.pdf-xchange.com

Dated: August 25, 2026

Respectfully submitted,

By: */s/ Olivia E. Duggins*

Richard A. Stefani [AT0007583]
GRAY, STEFANI & MITVALSKY, P.L.C.
425 Second Street, S.E., Suite 700
P.O. Box 456
Cedar Rapids, Iowa 52406-0456
Email: rickstefani@gsmlawyers.com
Tel.: 319/364-1535

Olivia E. Duggins (*pro hac vice*) [6439003]
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Phone: (312) 321-9100
oduggins@smbtrials.com

**ATTORNEYS FOR PLAINTIFF NIMA GHARAVI**