4148-99
JWR/LGN/LLB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NIMA GHARAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 25-CV-2074 LTS-KEM |
| ALLYSON SCHWAB, | ) | |
| | ) | Judge: |
| Defendant. | ) | Honorable Leonard T. Strand |
| | ) | |
| | ) | Magistrate Judge: |
| | ) | Honorable Kelly K.E. Mahoney |

**DEFENDANT ALLYSON SCHWAB'S MOTION TO STAY DISCOVERY**

NOW COMES Defendant, ALLYSON SCHWAB, by her attorneys, HEYL, ROYSTER, VOELKER & ALLEN, P.C., and for her Motion to Stay Discovery, states as follows:

1. Defendant SCHWAB filed a Motion to Dismiss on April 13, 2026, which has been fully briefed and is currently pending before this Court. Dkt. 13, 17, and 22.

2. On May 18, 2026, the Court entered a Scheduling Order setting out discovery deadlines in this matter. Dkt. 23. This Order includes deadlines for disclosure of experts as well as for completion of all discovery. *Id.*

3. On August 20, 2026, counsel for Defendant conferred with Plaintiff's counsel in connection with Plaintiff's proposed Motion to Extend Expert Disclosures. Plaintiff proposed extending all expert disclosure deadlines in light of the pending Motion to Dismiss. Defense counsel asserted the position that all discovery be stayed in lieu of extending only the expert

disclosure deadlines. The parties were not able to reach an agreement, and Plaintiff filed his Motion on August 25, 2026. Dkt. 30.

4. Good cause exists for the stay of all discovery while the Court considers Defendant's Motion to Dismiss. Both Plaintiff and Defendant agree that the resolution of the Motion will possibly effect the scope of Plaintiff's claims in this case. Accordingly, the Court's ruling on the Motion could alter the scope of fact discovery necessary as well as expert retention and disclosure. Staying all discovery would prevent the parties from burdening the Court with numerous motions for extension of time in the event that the Court does not issue a ruling by the deadlines proposed in Plaintiff's Motion.

**WHEREFORE**, Defendant respectfully requests the Court (1) deny Plaintiff's Motion to Extend Expert Disclosures and (2) grant this Motion to stay all discovery pending the disposition of Defendant's Motion to Dismiss.

ALLYSON SCHWAB, Defendant

BY: /s/ Joseph W. Rust
HEYL, ROYSTER, VOELKER & ALLEN
Joseph W. Rust AT0013116

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: jrust@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was filed via the CM/ECF System and served upon all counsel of record in the above cause by transmitting a copy to all primary and secondary e-mail addresses of record designated by those individuals on the 10th day of September 2026.

To:

***Counsel for Plaintiff***
Richard A. Stefani
Gray, Stefani, & Mitvalsky, P.L.C.
425 Second St., S.E., Suite 700
P.O. Box 456
Cedar Rapids, IA 52406-0456
T: 319-364-1535
***rickstefani@gsmlawyers.com***

Olivia E. Duggins
Swanson, Martin & Bell, LLP
330 N. Wabash Avenue, Suite 3300
Chicago, IL 60611
T: 312-222-8534
***oduggins@smbtrials.com***

/s/ Sharon Skierkiewicz
sskierkiewicz@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN
33 N. Dearborn St., 7th Floor
Chicago, IL 60602
Telephone: 312.853.8700
Primary E-service: chiecf@heylroyster.com
Secondary E-service: kbayer@heylroyster.com
Secondary E-service: lnolan@heylroyster.com
Secondary E-service: lbuecker@heylroyster.com